IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| SHAWN H. RAY, an individual; GABRIEL M. STEWART, an individual; LORI POULSEN, an individual; JAMES DALLIN, an individual; DEREK HOLT, an individual; and ERIC HUNTER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Utah Corporation,<br><br>Defendant. | **ORDER**<br><br><br>Case No. 1:11-cv-00104-RJS-EJF<br><br>District Judge Robert J. Shelby |

  The parties filed a Stipulated Motion Requesting Leave to Transmit Sealed Documents to the Utah Supreme Court. (Dkt. 126.) For the reasons provided by the parties, the court GRANTS IN PART the stipulated motion. The proposed order may have the unintended effect of creating public access to the documents. To prevent this outcome, the court will not order the Clerk of the Court to unseal the documents for the sole and limited purpose of transmission. Rather, the court orders the Clerk of the Court to transmit a sealed and certified copy of Dkt's. 71 and 93 to the Utah Supreme Court.

  SO ORDERED this 14th day of January, 2014.

            BY THE COURT:

            _____
            ROBERT J. SHELBY
            United States District Judge