*Ray, et al. v. Walmart Stores, Inc.*; Case No. 1:11-cv-00104-RJS
**TABLE OF EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Ex. # | Description | Filing Designation |
|---|---|---|
| A | Excerpts of Deposition of Derek Holt | |
| B | Excerpts of Deposition of Eric Hunter | |
| C | Excerpts of Deposition of Shawn Ray | |
| D | Walmart AP Case Record re 12/24/2010 West Valley City Store Incident | *CONFIDENTIAL; FILED UNDER SEAL* |
| E | West Valley City Surveillance Video #1 (vestibule area looking towards the customer parking lot) | *CONFIDENTIAL; FILED UNDER SEAL* |
| F | West Valley City Surveillance Video #2 (vestibule area looking towards the store) | *CONFIDENTIAL; FILED UNDER SEAL* |
| G | West Valley City Surveillance Video #3 (camera looking into the AP office) | *CONFIDENTIAL; FILED UNDER SEAL* |
| H | Exit Interview of Derek Holt | *CONFIDENTIAL; FILED UNDER SEAL* |
| I | Exit Interview of Eric Hunter | *CONFIDENTIAL; FILED UNDER SEAL* |
| J | Walmart Policy AP-09 | *CONFIDENTIAL; FILED UNDER SEAL* |
| K | Excerpts of Deposition of Lori Poulsen | |
| L | Excerpts of Deposition of Gabriel Stewart | |
| M | Walmart AP Case Record re 01/13/2011 Layton Store Incident | *CONFIDENTIAL; FILED UNDER SEAL* |
| N | Exit Interview of Shawn Ray | *CONFIDENTIAL; FILED UNDER SEAL* |
| O | Exit Interview of Lori Poulsen | *CONFIDENTIAL; FILED UNDER SEAL* |
| P | Exit Interview of Gabriel Stewart | *CONFIDENTIAL; FILED UNDER SEAL* |
| Q | Declaration of Chad Reynolds | |